844

No. 09–10182. STANKO v. QUAY ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–10198. BROWN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 09–10254. LEONARD v. McDANIEL, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 09–10287. DELGUIDICE v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–10387. McWHORTER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10422. DENDY v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 09–10432. HOSKINS-HARRIS v. TYCO/MALLINCKRODT HEALTHCARE, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 09–10441. HUNTER v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10470. CARR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–10471. KING v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Guilford County, N. C. Certiorari denied.

No. 09–10477. JACKSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10481. ROBINSON v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–10484. ROBINSON v. KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10485. RIVERA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.